| | |
|---|---|
| 1 | Sara Khosroabadi, Esq. (SBN: 299642) |
| | sara@westcoastlitigation.com |
| 2 | Joshua B. Swigart, Esq. (SBN: 225557) |
| 3 | josh@westcoastlitigation.com |
| | **HYDE & SWIGART** |
| 4 | 2221 Camino Del Rio South, Suite 101 |
| 5 | San Diego, CA 92108 |
| | Telephone: (619) 233-7770 |
| 6 | Facsimile: (619) 297-1022 |

*Attorneys for Plaintiff,*
Christine Santucci

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE SANTUCCI,** | Case No.: 2:15-cv-05687-DMG-AFM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **GCFS, INC., A CALIFORNIA CORPORATION,** | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 18, 2015 for filing a joint dismissal.

Respectfully submitted,

Date: September 19, 2015        **HYDE & SWIGART**

                                          By: s/Sara Khosroabadi
                                              Sara Khosroabadi
                                              Attorneys for Plaintiff