# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE SANTUCCI,**<br><br>                    Plaintiff,<br><br>v.<br><br>**GCFS, INC., A CALIFORNIA CORPORATION,**<br><br>                    Defendant. | Case No: CV 15-5687-DMG (AFMx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE [15]** |

Based upon the parties' Joint Motion for Dismissal, and good cause appearing, the above-captioned action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 23, 2015                    _____
                                                                        DOLLY M. GEE
                                                                        UNITED STATES DISTRICT JUDGE